# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**CHRISTOPHER JOSIAH BAIRD,**

    Petitioner,

vs.                                                                                          CASE NO. 1:07cv185-MMP/AK

**WALTER MCNEIL,**[1]

    Respondent.

_____/

## ORDER

This cause is before the Court on Petitioner's motion to supplement the record. Doc. 13. According to Petitioner, he did not receive a copy of the transcript of the state court hearing on his motion for post-conviction relief, Exhibit I. The Court itself has a copy of that document, but it cannot tell from the certificate of service whether Respondent served Petitioner with any of the exhibits whatsoever. However, Petitioner indicates that he is only interested in the one exhibit, and therefore the Court will limit its directions to Respondent to the relief requested. However, if, upon examination of his

---

[1] James McDonough is no longer the Secretary of the Florida Department of Corrections, and his replacement, Walter McNeil, will be substituted in his stead as the proper respondent.

files, Respondent determines that he did not in fact serve Petitioner with any of the exhibits, he should take steps immediately to correct the oversight.

Accordingly, it is **ORDERED**:

That the motion to supplement, Doc. 13, is **GRANTED**;

That Respondent shall, no later than **April 2, 2008**, mail Petitioner a copy of Exhibit I, and simultaneously file a Notice of Service with the Court indicating his compliance with this order.

**SO ORDERED** this __19th__ day of March, 2008.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv185-mmp/ak**